IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | |
|---|---|
| JIMMY LAWRENCE, LARRY ROSS and TERRY LAWRENCE, | ) ) ) |
| Plaintiffs, | ) ) |
| v. | ) Case No. 12-188 ) ) |
| GATE GUARD SERVICES, LP, formerly known as GATE GUARD SERVICES, LLC, and BERT STEINDORF, JR. Individually, | ) ) ) ) ) |
| Defendants. | ) ) ) |

## DEFENDANTS GATE GUARD SERVICES, L.P.'S AND BERT STEINDORF, JR.'S NOTICE OF DESIGNATION OF EXPERT WITNESS

Pursuant to Rule 26(a)(2) of the Federal Rules of Civil Procedure and the Court's September 14, 2012 Scheduling Order (Dkt. # 26), Defendants Gate Guard Services, L.P. and Bert Steindorf, Jr., have designated W. Gary Whittington, CPA, of Whittington, Beavers & Hubbard, P.C., 5656 S. Staples, Suite 104, Corpus Christi, Texas, 78411, to provide expert testimony in connection with the above-captioned matter. The *curriculum vitae* of Defendants' designated expert is attached hereto as Exhibit A and a copy of Mr. Whittington's report will be served on Plaintiffs' counsel today.

This 2nd day of January, 2013.

CHAMBERLAIN, HRDLICKA, WHITE,
WILLIAMS & AUGHTRY

By: */s/ Annette A. Idalski*
 Annette A. Idalski
 Texas Bar No. 00793235
 Federal I.D. No. 1130754
 191 Peachtree Street, N.E.

1

Thirty-Fourth Floor
Atlanta, GA 30303-1747
Telephone: (404) 658-5386
Facsimile: (404) 659-1852

Daniel D. Pipitone
Texas Bar No. 16024600
Federal I.D. 0294
1200 Smith Street
14th Floor
Houston, TX 77002-4310
Telephone: (713) 654-9670
Facsimile: (713) 356-1070

*Counsel for Defendants Gate Guard
Services, L.P. and Bert Steindorf, Jr.*

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | |
|---|---|
| JIMMY LAWRENCE, LARRY ROSS and TERRY LAWRENCE,<br><br>    Plaintiffs,<br><br>v.<br><br>GATE GUARD SERVICES, LP, formerly known as GATE GUARD SERVICES, LLC, and BERT STEINDORF, JR. Individually,<br><br>    Defendants. | Case No. 12-188 |

## CERTIFICATE OF SERVICE

This is to certify that on January 2, 2013, I electronically filed the foregoing **DEFENDANTS' NOTICE OF DESIGNATION OF EXPERT WITNESS** through the Court's CM/ECF system which will send a notice of electronic filing to counsel of record as follows:

    Michael V. Galo, Jr., Esq.
    GALO LAW FIRM, P.C.
    4230 Gardendale, Building 401
    San Antonio, Texas 78229

    CHAMBERLAIN, HRDLICKA, WHITE,
    WILLIAMS & AUGHTRY

    */s/ Annette A. Idalski*
    Annette A. Idalski
    Texas Bar No. 00793235